UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2022
```

-------------------------------------------------------------------X
:
YOVANNY DOMINGUEZ and on behalf of all other : 
persons similarly situated,                   :
                                              :
                          Plaintiff,          :          19-cv-10335 (LJL)
                                              :
             -v-                              :             ORDER
                                              :
THE CHEESECAKE FACTORY RESTAURANTS,           :
INC.,                                         :
                                              :
                          Defendant.        X

--------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

The parties filed a notice of voluntary dismissal of this action on September 22, 2022.

Dkt. No. 40.  In light of that notice, the stay of this case should be lifted, and the Clerk of Court

is directed to dismiss the case in accordance with that notice.


        SO ORDERED.

Dated: September 26, 2022
       New York, New York          _____
                                          LEWIS J. LIMAN
                                     United States District Judge